IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| NANCY L. MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:17-cv-00349 |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON MOTION of the Acting Commissioner of Social Security (Commissioner) for an extension of time to file her motion for summary judgment and supporting memorandum, for good cause shown, and it appearing that Plaintiff consents to the extension of time,

IT IS HEREBY ORDERED that the Commissioner shall have an additional 32 days from July 5, 2018, up to and including August 6, 2018,[1] in which to file her motion for summary judgment and supporting memorandum.

Signed: June 29, 2018

Graham C. Mullen
United States District Judge

---

[1] Thirty days from July 5th is Saturday, August 4th. The next business day is Monday, August 6, 2018.